UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | June 3, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

     On April 17, 2024, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend. (Dkt. No. 14). Plaintiff was directed to file a Second Amended Complaint within thirty days of the Court's Order or no later than May 17, 2024. Id. at 16. Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." Id. at 17.

     To date, Plaintiff has failed to file a Second Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than June 28, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's April 17, 2024 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

     If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

     <u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

     **IT IS SO ORDERED.**

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 23-10917-JWH (AS) | Date | June 3, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

cc: John W. Holcomb
United States District Judge

0 : 00

Initials of Preparer