UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | August 28, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 10, 2024, the Court issued an Order granting Plaintiff an extension of time to file a Second Amended Complaint no later than August 9, 2024. (Dkt. No. 17). On July 23, 2024, this Order was returned to the Court as undelivered mail. (Dkt. No. 18). On July 25, 2024, the Court issued an order requiring Plaintiff to provide the Court with his current address pursuant to Local Rule 41. (Dkt. No. 19). On August 1, 2024, Plaintiff responded to the Court's July 25, 2024 Order and provided his current address of record. (Dkt. No. 20).

To date, Plaintiff has failed to file a Second Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than September 18, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's April 17, 2024 Order dismissing Plaintiff's First Amended Complaint with leave to amend (Dkt. No. 14), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | August 28, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

<u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:   Andre Birotte Jr.,
      United States District Judge

|   |   | 0 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer |   |   |   |