# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | October 1, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**      **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On August 28, 2024, the Court issued an Order to Show Cause why this action should not be dismissed with prejudice for failure to prosecute given Plaintiff's failure to file a Second Amended Complaint in compliance with the Court's April 17, 2024 Order dismissing Plaintiff's First Amended Complaint with leave to amend. (Dkt. No. 21), Plaintiff was directed to respond, in writing, no later than September 18, 2024. Id.

To date, Plaintiff has failed to file a Second Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ONCE AGAIN, ORDERED TO SHOW CAUSE, in writing, no later than October 22, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's April 17, 2024 Order dismissing Plaintiff's First Amended Complaint with leave to amend (Dkt. No. 14), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | October 1, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

<u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:  John W. Holcomb
     United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | |