UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | November 8, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **THIRD AND FINAL ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On August 28, 2024, the Court issued an Order to Show Cause why this action should not be dismissed with prejudice for failure to prosecute given Plaintiff's failure to file a Second Amended Complaint in compliance with the Court's April 17, 2024 Order dismissing Plaintiff's First Amended Complaint with leave to amend. (Dkt. No. 21), Plaintiff was directed to respond, in writing, no later than September 18, 2024. Id. On October 1, 2024, the Court issued a Second Order to Show Cause why this action should not be dismissed with prejudice for failure to prosecute given Plaintiff's non-compliance with the Order directing Plaintiff to file a Second Amended Complaint. (Dkt. No. 22). Plaintiff was ordered to respond no later than October 22, 2024. Id. The Court subsequently received Plaintiff's notice of change of address and motion for extension of time to comply with its first Order to Show Cause, (Dkt. Nos. 23-24), dated September 26, 2024 and entered on the Court's electronic docket on October 4, 2024. On October 8, 2024, the Court issued an order finding Plaintiff's motion for an extension of time to be moot because the Court had already granted Plaintiff additional time – to October 22, 2024 – to file a Second Amended Compliant or submit a declaration explaining his inability to do so. (Dkt. No. 25).

To date, Plaintiff has failed to file a Second Amended Complaint, seek an extension of time to do so, or respond to the Court's Orders to Show Cause. Accordingly, Plaintiff is **ONCE AGAIN, ORDERED TO SHOW CAUSE, in writing, no later than December 6, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's April 17, 2024 Order dismissing Plaintiff's First Amended Complaint with leave to amend (Dkt. No. 14), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 23-10917-JWH (AS) | Date | November 8, 2024 |
|---|---|---|---|
| Title | *Darren Harris v. Gavin Newsom, et. al..* | | |

    If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

    Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

    **IT IS SO ORDERED.**

cc:    John W. Holcomb
        United States District Judge

                                                  0 : 00
Initials of Preparer