**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN HARRIS,<br><br>            Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, et. al.,<br><br>            Defendants. | Case No. 2:23-cv-10917-JWH (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, it is hereby ORDERED as follows:

1. The findings and conclusions of the Magistrate Judge Court are **ACCEPTED**.

2. Judgment shall be entered **DISMISSING** this action **with prejudice.**

3. The Clerk is **DIRECTED** to serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

**IT IS SO ORDERED.**

DATED: February 14, 2025

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE