JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DARREN HARRIS,

               Plaintiff,

     v.

GAVIN NEWSOM, et. al.,

               Defendants.

Case No. 2:23-cv-10917-JWH (AS)

**JUDGMENT**

1    Pursuant to the Order Accepting Findings, Conclusions, and

2  Recommendations of United States Magistrate Judge,

3    It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the above-

4  captioned case is **DISMISSED with prejudice.**

5    **IT IS SO ORDERED.**

6

7    DATED: February 14, 2025

8

9                                          JOHN W. HOLCOMB
                                        UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28